JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD AYACH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE MORAN, et al.,<br><br>    Defendants.<br>_____<br><br>JOSEPH NOFAL,<br><br>    Plaintiff,<br>    v.<br><br>MICHELLE MORAN, et al.,<br><br>    Defendants.<br>_____ | Case No. ED CV 19-2495 FMO (SPx)<br>Case No. ED CV 20-0030 FMO (SPx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re: Pending Motion, filed in Case No. ED CV 19-2495, IT IS ADJUDGED that the above-captioned cases are **dismissed without prejudice**. The parties shall bear their own fees and costs.

Dated this 12th day of March, 2021.

                                                                                          /s/
                                                                      Fernando M. Olguin
                                                              United States District Judge